IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

BENNIE LEONARD MASSEY,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-2588

_____/

Opinion filed March 4, 2016.

An appeal from the Circuit Court for Duval County.
Angela Cox, Judge.

Nancy A. Daniels, Public Defender, and Mark Graham Hanson, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

      This appeal is brought under Anders v. California, 386 U.S. 738 (1967).

Having reviewed the record on appeal, we find no preserved error in either

Appellant's judgment or sentence warranting reversal. Accordingly, we affirm. However, we note that <u>Anders</u> counsel pointed out a potentially meritorious but unpreserved cost sentencing error in the initial <u>Anders</u> brief, but failed to take steps to either correct or preserve the error by filing a motion under Florida Rule of Criminal Procedure 3.800(b)(2) before this case was perfected and sent to the panel for review. Accordingly, while we affirm Appellant's judgment and sentence, we do so without prejudice to Appellant's right to seek timely collateral relief. <u>See</u> <u>Ramos v. State</u>, 156 So. 3d 591, 592 (Fla. 1st DCA 2015) (affirming unpreserved sentencing error without prejudice to defendant's right to file appropriate post-conviction motion). <u>See also</u> <u>Collando-Pena v. State</u>, 141 So. 3d 229, 230-32 (Fla. 1st DCA 2014).

It is so ordered.

LEWIS, OSTERHAUS, and KELSEY, JJ., CONCUR.